FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA-22-0054

_____

SHANDOR S. BADARUDDIN,

   Appellant,

 v.

THE STATE OF MONTANA, and the
NINETEENTH JUDICIAL DISTRICT COURT,
HONORABLE MATTHEW CUFFE, Presiding.

   Appellees.

_____

## ORDER GRANTING MOTION OF NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS TO FILE BRIEF OF *AMICUS CURIAE*

_____

   Upon consideration of the Motion of *Amicus Curiae*, the National Association of Criminal Defense Lawyers, (NACDL), and with no objection from the parties, Appellant Shandor S. Badaruddin, and Appellees State of Montana and the Nineteenth Judicial District Court, and good cause appearing therefore, said Motion is hereby GRANTED.

   The Clerk of the Supreme Court is directed to file the Amicus Brief of the National Association of Criminal Defense Lawyers attached to the Motion.

   Electronically signed below:

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022